ACCEPTED
04-14-00897-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
4/10/2015 2:46:10 PM
KEITH HOTTLE
CLERK

LAW OFFICES OF
# DONATO D RAMOS, PLLC

**Laredo, Texas (Main)**
Texas Community Bank Building
6721 McPherson, Suite 350
Laredo, Texas 78041
P: (956) 722-9909
F: (956) 727-5884

**Cuero, Texas**
508 E. Broadway
Cuero, Texas 77954
P: (361) 524-5073
F: (361) 524-5146

**DONATO D. RAMOS**
**DONATO D. RAMOS, JR.**

**ANDREW ABRAMEIT**
**ADAN A. GONZALEZ, III**
**JAMES BRANDON HUGHES**


April 10, 2015

Mr. Keith E. Hottle                              *E-File*
Fourth Court of Appeals District
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3130

ATTN: Ms. Margaret Adams

Re:     appeal no. 04-14-00897-CV, *In the Estate of William Thomas Booth,*
        Fourth Court of Appeals, San Antonio, Texas, from Probate Court No. 2,
        Bexar County, Texas; Trial Court No. 2012-PC-2786;

Dear Ms. Adams:

The referenced appeal will be mediated by Joseph Casseb on June 9, 2015, beginning at 9:00 a.m.

The mediation will be conducted at Mr. Casseb's office, Goode Casseb Jones Riklin Choate & Watson, P.C., at 2122 N. Main Ave., San Antonio, Texas 78212.

Please advise if the Court requires anything further.

                                        Sincerely,

                                        Adán A. González, III

xc: Mr. Dan Pozza (via email danpozza@yahoo.com)
    Mr. Joseph Casseb (via email jcasseb@goodelaw.com)